1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Henned Sohar Chalita

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE CATHY ANN BENCIVENGO)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 07mj3002 |
| | ) | |
| 12 Plaintiff, | ) | |
| | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| 14 HENNED SOHAR CHALITA, | ) | |
| | ) | |
| 15 Defendant. | ) | |
| 16 _____ | ) | |

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18              U.S. Attorney CR
              Efile.dkt.gc2@usdoj.gov
19

20                     Respectfully submitted,

22 DATED:    January 8, 2008         /s/ Elizabeth M. Barros
                                     **ELIZABETH M. BARROS**
23                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Henned Sohar Chalita