FILED

JAN 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr0214-JM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| HENNED SOHAR CHALITA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 28, 2007, within the Southern District of California, defendant HENNED SOHAR CHALITA, did knowingly and intentionally import 50 grams or more, to wit: approximately 15.80 kilograms (34.83 pounds), of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/24/08.

KAREN P. HEWITT
United States Attorney

_(signature)_
for DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
1/7/08